```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


ROBERT LOWERY,                   )
                                 )
                                 )
              Plaintiff,         )      CV F-04-6410 OWW
                                 )
     v.                          )
                                 )
UNITED STATES OF AMERICA,        )      ORDER DISMISSING ACTION
et al.,                          )      WITH PREJUDICE
                                 )
              Defendant          )
_____)


     Pursuant to the stipulation of the parties, this action is
dismissed with prejudice.

Dated: November 17, 2005              /s/ OLIVER W. WANGER
                                      _____
                                      OLIVER W. WANGER
                                      United States District Judge
```

1